JS-6

1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                           CENTRAL DISTRICT OF CALIFORNIA

10

11  Michael Ben Graves,                          No.    CV 16-8930 PA

12                  Plaintiff,                    JUDGMENT OF DISMISSAL

13          v.

14
    Philip S. Gutierrez
15
                    Defendant.
16

17

18          In accordance with the Court's December 8, 2016 Minute Order dismissing the

19  Complaint filed by plaintiff Michael Ben Graves ("Plaintiff") without leave to amend and

20  dismissing the action with prejudice;

21          It is therefore now ORDERED, ADJUDGED, and DECREED that defendant Philip

22  S. Gutierrez shall have judgment in his favor against Plaintiff.

23          It is further ORDERED, ADJUDGED, and DECREED that this action is dismissed

24  with prejudice.

25          It is further ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing.

26  DATED: December 8, 2016

27                                               _____
                                                 Percy Anderson
28                                               United States District Judge